1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    ROBERT C. WILLIAMS,                    Case No.: 1:17-cv-00917-JLT (PC)

12                    Plaintiff,             **ORDER GRANTING DEFENDANTS'**
                                             **SECOND MOTION TO MODIFY**
13            v.                             **DISCOVERY AND SCHEDULING ORDER**

14    RUBEN CASANOVA, et al.,                (Doc. 40)

15                    Defendants.            Discovery Cut-Off Date:  12/6/2019

16

17            Defendants have filed a motion to modify the Court's discovery and scheduling order.

18    (Doc. 40.) Defendants seek to extend the discovery cutoff date by seven days to conduct

19    Plaintiff's deposition. (*Id.* at 1, 3.) The current discovery cutoff is November 29, 2019. (Doc. 37

20    at 2.) Defendants noticed Plaintiff's deposition for November 26; however, Defendants cannot

21    secure a reporter "without incurring an unreasonable amount of substantial costs due to the

22    Thanksgiving holiday." (Doc. 40 at 1; *see also id.* at 5.) Defendants contend the deposition is

23    particularly critical because Plaintiff has not responded to their written discovery requests.[1] (*Id.* at

24    3.) Defendants plan to conduct Plaintiff's deposition on December 5; they have confirmed the

25    date with the prison and secured a reporter. (*Id.*) This is Defendants' second request for an

26    extension of time. The time for Plaintiff to file an opposition or statement of non-opposition has

27    not yet passed; however, the Court finds neither necessary here and deems the motion submitted.

28
      _____
      [1] Defendants filed a motion to compel, (Doc. 35), which is currently pending.

Good cause appearing, the Court **GRANTS** Defendants' motion. The Court modifies the discovery and scheduling order and sets **December 6, 2019**, as the new deadline for completion of all discovery, including filing motions to compel. All other deadlines remain in effect.

IT IS SO ORDERED.

Dated:   **November 26, 2019**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE