UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL NIVARD BEATON,<br><br>    Plaintiff,<br><br>    v.<br><br>CDCR, et al.,<br><br>    Defendants. | Case No. 1:19-cv-00917-JLT (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION AS MOOT**<br><br>(Doc. 17) |

Plaintiff filed a motion requesting that the Court screen his amended complaint "as soon as possible." (Doc. 17 at 4, 10.) The Court has already screened Plaintiff's amended complaint and issued a second screening order.[1] (Doc. 16). Thus, Plaintiff's motion is MOOT.

Plaintiff also includes exhibits, which he contends support the allegations in his complaint. (Doc. 17 at 6-7, 12-13.) However, the Court does not serve as a repository for evidence. (Doc. 3 at 3.) Plaintiff should not file evidence unless it is necessary in connection with a motion, Court order or trial. (*Id.*) Accordingly, the Court disregards Plaintiff's exhibits.

IT IS SO ORDERED.

   Dated:   **April 23, 2020**                    /s/ Jennifer L. Thurston
                                                 UNITED STATES MAGISTRATE JUDGE

---

[1] In his motion for an extension of time, Plaintiff states that the did not receive the Court's screening order until after he filed the present motion requesting expedited screening. (Doc. 18 at 1.)