**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL NIVARD BEATON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　　　Defendants. | No. 1:19-cv-00917-AWI-JLT (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION FOR FAILURE TO STATE A CLAIM<br><br>(Doc. No. 26) |

　　　Plaintiff Paul Nivard Beaton is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On July 17, 2020, the assigned magistrate judge filed findings and recommendations, recommending that this action be dismissed for failure to state a claim on which relief can be granted.  (Doc. No. 26.)  Given that Plaintiff had received two opportunities to amend his complaint (Doc. Nos. 11, 16), the magistrate judge found that further amendment would be futile.  (Doc. No. 26 at 1, 7.)

　　　Plaintiff filed objections to the findings and recommendations on July 28, 2020.  (Doc. No. 27.)  Therein, Plaintiff states that he is filing the objections to preserve his right to appeal (see id. at 1, 2), but he does not address the analysis set forth in the findings and recommendations or otherwise provide justification to reject or modify them.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed on July 17, 2020 (Doc. No. 26) are ADOPTED in full;
2. This action is DISMISSED for failure to state a claim on which relief can be granted; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __December 1, 2020__           _____
                                       SENIOR  DISTRICT  JUDGE